# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 334 MAL 2014 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the |
| | : | Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| OROBOSA IZINEG ENAGBARE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.